# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

| | | |
|---|---|---|
| IN RE: ESTATE OF JOHN J. STRAHSMEIER, DECEASED | : | No. 57 WM 2019 |
| | : | |
| | : | |
| | : | |
| PETITION OF: ROSE M. REGAN AND LOIS PHILLIPS | : | |
| | : | |
| IN RE: ESTATE OF JOHN J. STRAHSMEIER, DECEASED | : | No. 58 WM 2019 |
| | : | |
| | : | |
| | : | |
| PETITION OF: ROSE M. REGAN AND LOIS A. PHILLIPS | : | |
| | : | |

## ORDER

**PER CURIAM**

    **AND NOW**, this 24th day of October, 2019, the Motions for Extension of Time to File Allowance of Appeal *Nunc Pro Tunc* are DENIED.